IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Marvin L. Barnes, | : |
| Plaintiff(s), | : |
| | : Case Number: 1:16cv396 |
| vs. | : |
| | : Judge Susan J. Dlott |
| Time Warner Cable, et al., | : |
| Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on May 3, 2016 (Doc. 8), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired May 20, 2016, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's complaint is DISMISSED sua sponte, pursuant to 28 U.S.C. §1915(e), because his allegations relate to claims that would be time-barred as a matter of law, and alternatively, because the allegations fail to state a claim under federal law.

IT IS SO ORDERED.

                                                                      ___s/Susan J. Dlott_____
                                                                       Judge Susan J. Dlott
                                                                       United States District Court